

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

2:12CV1966

RE: Diet Drugs Products Liability Litigation, MDL 1203

Dear Clerk:

Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multi district Litigation directing the transfer of the above Civil Action(s) to this district under 28 U.S.C. §1407.

**Panel Rule 19(a) has been suspended in this litigation.** ~~Please provide only a certified copy of the docket entries and a certified copy of the complaint~~ together with any amendments to the complaint.

**DO NOT FORWARD THE ORIGINAL RECORD(S).** (See Pretrial Order No. 2 enclosed)

Should you have any questions regarding this request, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
JAN - 9 1998
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION) :
_____: MDL DOCKET NO. 1203
                                    :
THIS DOCUMENT RELATES TO ALL        :
ACTIONS                             :

## PRETRIAL ORDER #2

AND NOW, this 7TH day of January, 1998, for the purposes of MDL 1203 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 19(a), (b) and (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

> Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court only a certified copy of both the docket sheet and the complaints together with amendments, if any. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court.

LOUIS C. BECHTLE, J.

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: DIET DRUGS
(PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE)
PRODUCTS LIABILITY LITIGATION                          MDL No. 1203

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −200)

On December 10, 1997, the Panel transferred 9 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 990 F.Supp. 834 (J.P.M.L. 1998) See Amended Transfer Order filed− 1/6/98 (J.P.M.L. 1997). Since that time, 9,724 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle, III.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997, and, with the consent of that court, assigned to the Honorable Harvey Bartle, III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 12-28-12
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DIET DRUGS
(PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE)
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1203

## SCHEDULE CTO-200 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| NEVADA | | | |
| NV | 2 | 12-01966 | Chester et al v. Wyeth, et al |